IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:96CR3062 |
| ) | |
| ADAM L. DEWANE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's motion to continue the November 27, 2007, revocation hearing in this case until a date and time certain for not less than 60 days.  Filing 68.  The Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until Wednesday, January 30, 2008, at 12:30 p.m.  The defendant is ordered to appear at such time.

Dated this 26th day of November, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge