IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:96CR3062 |
| ) | |
| ADAM L. DEWANE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

THIS MATTER comes before the Court on Defendant's unopposed motion to continue the February 3, 2010, revocation hearing in this case until a date and time certain for not less than 30 days.  Filing 88.  The Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 9th day of March, 2010, at 12:00 noon.  The Defendant is ordered to appear at such time.

Dated January 29, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge